# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2015

Robert P. Young, Jr.,
Chief Justice

151097 & (13)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

ROBERT J. ZAWACKI, Conservator
of JOHN ANTHONY ZAWACKI, a
Legally Incapacitated Person,
        Plaintiff-Appellee,

v

                                    SC:  151097
                                      COA:  322623
                                      Macomb CC:  12-002063-NI

MONICA SUZANNE ELLIOTT and
MICHIGAN BELL TELEPHONE
COMPANY, d/b/a AT&T MICHIGAN,
        Defendants-Appellants.

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 29, 2015 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2015



a0416

                                     Clerk